## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A.D.,                                          )
                                               )
                                               )          3:26-CV-00983-MJH
              Petitioner,                      )
                                               )
       vs.                                     )
                                               )
SECRETARY MARKWAYNE MULLIN,                    )
IN HIS OFFICIAL CAPACITY AS                    )
SECRETARY OF THE U.S.                          )
DEPARTMENT OF HOMELAND
SECURITY; TODD BLANCHE, IN HIS
OFFICIAL CAPACITY AS ACTING
ATTORNEY GENERAL OF THE UNITED
STATES; TODD LYONS, IN HIS
OFFICIAL CAPACITY AS ACTING
DIRECTOR OF THE U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT;
WILLIAM JOYCE, IN HIS OFFICIAL
CAPACITY AS ACTING NEW YORK
DEPUTY FIELD OFFICE DIRECTOR FOR
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; JOSEPH EDLOW, IN
HIS OFFICIAL CAPACITY AS DIRECTOR
OF U.S. CITIZENSHIP AND
IMMIGRATION SERVICES; AND
WARDEN MOSHANNON VALLEY
PROCESSING CENTER,

              Respondents,


## CASE MANAGEMENT ORDER

The Court orders as follows:

1.     **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.

- 1 -

- 2 -

2.     The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

3.     **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of services

4.     **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

5.     **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **7 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

6.     **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 30th day of May 2026.

BY THE COURT:

/s/ Marilyn J. Horan
United States District Judge

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.